IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE P. BRUTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONTRA COSTA COUNTY,<br><br>　　　　Defendants. | No. C 08-4746 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. His copy of the order granting his application to proceed in forma pauperis was returned as undeliverable. The notation on the envelope is partly obscured, but appears to read "Retn Released." Petitioner has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: February __3__, 2009.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\BRUTON4746.DSM-mail.wpd